824

No. 70–124. Beaudine *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 70–138. Kirker et al. *v.* Moore, Governor of West Virginia, et al. C. A. 4th Cir. Certiorari denied.

No. 70–139. Aloisio et al. *v.* United States; and
No. 70–259. Bartoli *v.* United States. C. A. 7th Cir. Certiorari denied. Reported below: 440 F. 2d 705.

No. 70–150. Lipsey et al. *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 70–151. Kraemer et al. *v.* Public Employment Relations Board et al. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 70–155. Devers et al. *v.* Maryland. Ct. App. Md. Certiorari denied.

No. 70–156. Escute *v.* Delgado, Warden. C. A. 1st Cir. Certiorari denied.

No. 70–158. Inject-O-Meter Manufacturing Co., Inc. *v.* North Plains Fertilizer & Chemical, Inc. C. A. 5th Cir. Certiorari denied.

No. 70–160. Luros et al. *v.* California; and
No. 71–82. Sturman et al. *v.* California. Sup. Ct. Cal. Certiorari denied. Reported below: 4 Cal. 3d 84, 480 P. 2d 633.

No. 70–162. Rogers *v.* United States. C. A. 5th Cir. Certiorari denied.